UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHEMTURA CORPORATION, et al.,

                Plaintiffs,

-against-

AIU INSURANCE COMPANY, et al.,

                Defendants.

No. 10 Civ. 2814 (LTS)(KNF)
(Bankr. SDNY 09-B-11233 (REG))

ORDER OF DISCONTINUANCE

        The attorneys for the parties have advised the Court that the underlying adversary proceeding has been or will be settled.  Accordingly, it is hereby ORDERED that the motion to withdraw the bankruptcy reference (docket entry no. 1) is terminated and this matter is discontinued without costs to either party, and without prejudice to restoration of the matter to the calendar of the undersigned if settlement is not achieved within ninety (90) days of the date of this Order.  If a party wishes to reopen this matter or extend the time within which it may be settled, the party must make a letter application before this ninety (90)-day period expires.

        SO ORDERED.

        Dated: New York, New York
              July 20, 2010

                                            LAURA TAYLOR SWAIN
                                            United States District Judge